Feb-20-08 02:31P USMS E/VA, Alex Warrants   7032742060                    P.01

AO 442 (Rev.2/2005-EDVA) Warrant for Arrest

United States District Court
EASTERN DISTRICT OF VIRGINIA

WARRANT FOR ARREST

**FILED**
FEB 20 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
v.

Yaneth Vasquez-Martinez

CASE NUMBER : 1:07MJ293

08-119-M-01

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Yaneth Vasquez-Martinez** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint _X_Order of Court __Violation Notice __Probation Violation Petition

charging him or her with :

Violation of Possession of alcoholic beverages; under the age of twenty-one - See Attached

In Violation of Title **18 USC sec 13 assim. Sec. 4.1-305** United States Code, Section(s) **Code of VA 1950**

**The Honorable Liam O'grady**
Name of Issuing Officer

Signature of Issuing Officer

**United States Magistrate Judge**
Title of Issuing Officer

**May 15, 2007**
**401 Courthouse Square**
**Alexandria, VA 22314**
Date and Location

| Date Received 2/20/08 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 2/20/08 | DUSM Kevin M. Kraemer | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

Feb-20-08 02:31P USMS E/VA, Alex Warrants    7032▇▇2060    P.02

DEFENDANT'S NAME: Yaneth M. Vasquez-Martinez

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                    WEIGHT:

SEX:                       RACE:

HAIR:                      EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

Feb-20-08 02:31P USMS E/VA, Alex Warrants    7032742060    P.03

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
08-119-M-01

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )    DOCKET NO. 1:07mj293
YANETH M. VASQUEZ-MARTINEZ  )
                            
COURT DATE:

CRIMINAL INFORMATION

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 4, 2005, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, YANETH M. VASQUEZ MARTINEZ, did possess alcoholic beverages and was less than twenty-one years of age.

(In violation of Title 18, United States Code, Section 13, assimilating Section 4.1-305, Code of Virginia 1950, as amended).

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
David Sonenshine
Special Assistant
United States Attorney

Fort Belvoir, VA

Date April 9, 2007